**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CANDI CAKE,

    Plaintiff,

v.                                           Case No. 3:16-cv-102-J-32PDB

CASUAL CONCEPTS, INC,
RONALD LEGRAND, Individually,
and JOHN LONG, Individually,

    Defendants.

_____

**O R D E R**

This case is before the Court on the Motion for Disqualification of Plaintiff's Counsel, (Doc. 39), and the Magistrate Judge's Order to Show Cause, (Doc. 44). On June 5, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 45) recommending that Defendants' request for reasonable expenses be granted, and that the case be dismissed without prejudice for failure to prosecute. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 45), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 45) is **ADOPTED** as the opinion of the Court.

2. Defendants' request for reasonable attorneys' fees and costs in connection with the Motion to Disqualify Plaintiff's Counsel is **GRANTED**.

3. Not later than **September 21, 2018**, Dale J. Morgado is directed to pay Defendants $676.80.[1]

4. This case is **DISMISSED without prejudice** for failure to comply with the Court's order or otherwise prosecute the case.

5. The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of July, 2018.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of record

---

[1] Additionally, Mr. Morgado was recently suspended from the New York Bar. In re Morgado, 159 A.D.3d 50 (N.Y. App. Div. 2018).

Dale Morgado, Esquire
85 Wall Street, Suite 1100
New York, NY 10005
djm@morgado.legal
djm@morgado.us

Candi Cake
3119 Belden Circle, #3
Jacksonville, FL 32207
Canndii5150@gmail.com